# HANG & ASSOCIATES, PLLC
ATTORNEYS AT LAW
136-20 38th Avenue, Suite 10G
Flushing, New York 11354

September 30, 2020

**VIA ECF**
Hon. Judge Steven M. Gold, U.S.M.J.
U.S. District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201

    Re: Secundino v. Tibetan Japanese Restaurant NY LLC et al.
    Docket No.: 1:19-cv-06870-ENV-SMG

Dear Judge Gold:

  This office represents Defendants in the above referenced matter. I am glad to notice the Court that Parties has reached settlement agreement in principle.

  The parties submit that they will prepare and file the settlement agreement before October 31, 2020.

  Thank you for your consideration and kind courtesies in addressing this matter.

  Sincerely,

        **HANG & ASSOCIATES, PLLC**

        By: /s/ *Qinyu Fan*
        Qinyu Fan, Esq.
        136-20 38th Ave. Suite 10G
        Flushing, New York 11354
        Tel: (718) 353-8588
        Jhang@hanglaw.com

cc: Justin Cilenti, Esq. (Via ECF)